UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:23-cv-00569-SVW-SK | Date | July 25, 2023 |
|---|---|---|---|
| Title | Commodity Trucking Acquisition, LLC v. Qwest Engineering, Inc. et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

The Court, on July 13, 2023, issued an order to show cause why this action should not be dismissed for lack of prosecution.

Plaintiff's was ordered to file a response by July 20, 2023. To date, plaintiff has failed to respond.

The Court orders the case dismissed.

Initials of Preparer     PMC